

**Tuition & Fees**

Undergraduate Student Costs
Graduate Student Costs
Housing and Meal Plan Information
| **Mandatory Student Fees**
Miscellaneous Fees
New Jersey Dream Act
Paying for College
Student Health Insurance
Residency Requirements
Summer Session
Winter Session

# Explanation of Mandatory Student Fees

**Please Note: The following information is for the 2019-2020 academic year.**

Mandatory student fees apply to all registered classes taken on campus, off campus and online. Once a student registers for classes, they are responsible for all fees associated with their registration. Mandatory Student Fees are charged every semester and **cannot be waived.** Montclair State University reserves the right to change tuition and fees every academic year.

**Full-time undergraduate flat rate mandatory fees per semester: 12 – 18 credits**

| | |
|---|---|
| Student Services Fee | $446.70 |
| Student Government Association Fee | $48.90 |
| Total | $495.60 |

**Part-time undergraduate flat rate mandatory fees per semester, per credit**

| | |
|---|---|
| Student Services Fee | $29.78 |
| Student Government Association Fee | $3.26 |
| Total | $33.04 |

**Graduate Student mandatory fees per semester, per credit**

| | |
|---|---|
| Student Services Fee | $29.78 |

## Fall 2019 Fee Descriptions ∧

Student Services Fee supports personnel and non-personnel costs associated with the following:

- **University Health Services:** Supports education programs and services provided by University health and counseling related areas and also includes Emergency Medical Services and Wellness Education (does not include health insurance).

- **Student Newspaper:** The Montclarion is supported by the Student Services Fee and by revenue generated from advertising.

- **Student Recreation Center**: Supports construction costs, operation, staffing and programming of the facility.

- **Student Center:** Supports programs, operations and maintenance of the Student Center.

**Student Government Association Fee:**

Funds collected from this fee are used to support the Student Government Association and other student organizations on campus.

[Updated: July 25, 2019]

## Fee Descriptions Prior to Fall 2019

