# Class I Red Hawk Accreditation Packet



Genise Administration
Spring 2019

# Introduction

The purpose of the Red Hawk Accreditation packet is to reinforce the rules under the statutes of the Student Government Association of Montclair State University.  This packet is going to be a guide for all Class I organizations to follow and help with re-charterment and staying a Class I organization.

# Statutes

**Article 5,**

**Section ONE: Classification of Organization**

**CLASS ONE ORGANIZATIONS**

1. **Criteria**:  A Class One organization shall 1) have an appeal that reaches the general interest of the entire campus community or have an appeal that fosters pride for and mobilizes awareness of the interests of a large, distinct, and prolific subculture of the campus community, as deemed by the discretion of the chartering process, 2) prove to have a demand for membership significantly larger than its most recent Class II chartering, 3) prove to have financial and programming needs unable to be met by the benefits of a Class II charter, 4) have spent a minimum of three consecutive years as a Class II organization, **5) shall provide at least ten programs each semester** 6) must have one member of their organization represent as a legislator in the SGA. Class One charters shall be authored by the SGA President, follow the Legislature's standard operating procedures, and be valid for two academic years.

2. **Benefits:**  Class One Organizations shall be entitled to 1) a yearly budget as allocated by the Legislature, 2) priority for student office space, 3) representation in the Legislature as outlined in Article One, 4) keep a portion of that which they fundraise through advertising, as outlined in the Executive's financial policies and, 5) have a mailbox in the Student Government office.

# Tier Explanations

A Tier system was created to not only hold organizations accountable for their performance throughout the semester but also to see where they stand as an organization and how to improve themselves as a Class I organization. The Tier point system will also be beneficial to legislators and other SGA members in assessing the quality of these organizations and the resources the SGA itself should allocate toward these organizations.

**Tier 1**

Tier 1 Organizations are the exemplary organizations who not only have completed all requirements necessary to be a Class I organization but have also went above and beyond expectations and have made a direct impact on campus.
**(16+ Points)**
**\*These orgs are eligible for Class I Organization of the year\***

**Tier 2**

Tier 2 Organizations are in good standing with the SGA and have completed all the requirements necessary to be regarded as a Class I Organization.
**(10-15 Points)**

**Tier 3**

Tier 3 Organizations are organizations who did not complete all the required elements constituted to being classified as a Class I Organization of the SGA.
**(-15-9 Points)**

# Required Points

o **Weekday Hosted Events (0-8 Points): not exceeding 8 points per semester**
For every one event your organization hosts, your organization will be awarded one point.


o **Weekend Hosted Events (0-2 Points): not exceeding 2 points per semester**
Successful completion of both weekend events will grant your organization two points.
Successful completion of one weekend event will grant your organization one point.

o **Co Sponsorships In/Out (0-4 Points): not exceeding 4 points**
Each co-sponsorship counts towards 1 point.

o **Budget (0-2 Points):**

   o **0 Points:** At the end of the semester, if your organization used **0 - 50%** of your total budget, you will receive no points.
   o **1 Point:** At the end of the semester, if your organization used **50 – 84 %** of your total budget, you will receive one point.
   o **2 Points:** At the end of the semester, if your organization used **85% +** of your total budget, you will receive two points.


o **Legislator Requirement (-1 to 0)**
Class One Organizations of the Student Government Association must have a Class One Representative for SGA meetings no later than the 3rd meeting of the semester.


o **Town Hall Attendance: (0-3 Points):**
The Town Hall is held once a month where organizations are required to send one representative to every town hall. The purpose of town hall is for organizations to voice their concerns directly with the Executive Board.
For every Town Hall attended the organization will receive 1 point.

o **Class Director Meetings (-6-0 Points):**
The Class Director meetings are bi-weekly, this is where the organizations will be given relevant information pertaining to their specific class and initiatives happening within the Student Government. Only one representative from the organization needs to be in attendance. If the organization shows proof of no member being able to attend the specified time and date by their Class Director, the Director will

hold a meeting exclusively for the organization in order to not negatively impact their RHA Score.
For every Class Director Meeting not attended, the organization will lose 1 point.

o **General Body Meeting Minutes Submission (-3-0 Points):**
Each organization is required to upload their minutes from their general body meeting in the google drive folder "General Body Meeting Minutes" facilitated by their Class Director.
For every submission missed the organization will lose 1 point.

o **Conference (-1-0 Points):**
Each organization is required to send one representative to the conference every semester, the dates are released at the beginning of the semester.
Failure for the representative to attend will result in the loss of 1 point.

o **RHA Point Sheet Submission ( -5-0 Points):**
As mandated by Article 5, Bullet Point B, Sub-Bullet Point C, Section one, Subsection 4 of the SGA Statutes "shall submit an end of the semester report, in the fall and spring, of all programming events that occurred to their Class Director by the second to last SGA Meeting of the semester. The Report consists of a completed Point Sheet which you have access in your shared folder with the Vice President at the beginning of the semester. An **optional** written report will also be accepted to explain your point sheet, if needed.
Failure to submit will result in the lose of 5 points.

# **Bonus Points**

o **Civic Engagement (1 point):**
An extra point will be awarded if more than 75% of members who are eligible to vote are registered to vote of their organization have registered.

o **Safe Space (1 point)**
An extra Point will be awarded if more than 75% of the organization is safe-space trained.

o **Food Inclusivity (1 point)**
An extra point will be awarded if an organization has vegan, kosher, and halal food at 75% of their events.

o **Proud Redhawk (1 point)**

Genise Administration
Spring 2019

An extra point will be awarded if an organization is present at either a Student Organization Fair, Open House or Accepted Students Day.

o **Maxed Out (1 point)**
An extra point will be awarded if an organization reaches maximum capacity at their event.

o **Greek Collab (1 point)**
An extra point will be awarded if an organization co-sponsors with one greek organization.

o **Full House (1 point)**
An extra point will be awarded if an organization co-sponsors with at least one organization in every class (I-IV).

o **Perfect 10 (1 point)**
An extra point will be awarded to an organization that co-sponsors either in OR out throughout the semester.

o **Legislator Bonus (1 point)**
An extra point will be awarded if a Class II-IV organization has a member serve as that organization's legislator in the SGA.

o **Department Outreach (1 point)**
An extra point will be awarded for every 2 different departments you cosponsor with over the course of the semester.

o **Educational Events (1 point)**
An extra point will be awarded for events that have an educational focus.

o **Community Outreach (1 point)**
An extra point will be awarded for every event that is community service based/money is raised for a donation.

# Class II Red Hawk Accreditation Packet



Genise Administration
Spring 2019

# Introduction

The purpose of the Red Hawk Accreditation packet is to reinforce the rules under the statues of the Student Government Association of Montclair State University. This packet is going to be a guide for all Class II organizations to follow and help them when it comes time for re-chartment.  This will also help your case when it comes time for your organization to move up a class of the SGA

# Statutes

## Article 5,

### A. CLASS II ORGANIZATIONS

1.  **Criteria:**  A Class II organization shall 1) have an appeal that reaches a large and significant interest of the campus community, as deemed by the discretion of the chartering process, 2) prove to have a demand for membership significantly larger than its most recent Class III chartering, 3) prove to have financial and programming needs unable to met by the benefits of a Class III charter, 4) have spent a minimum of two years as a Class III organization. Class II charters shall be valid for two academic years, **5) shall provide at least eight programs each semester** 6) are willing to have one member of their organization represent as a legislator in the SGA, and 7) shall submit an end of the semester report, in the fall and spring, of all programming events that occurred to the Director of Class II Organizations by the designated University Reading Day.

2.  **Benefits:**  Class II Organizations shall have the right to 1) approach the Legislature for programming monies as outlined in Article Six and 2) request student office space after the needs of Class One organizations' office space are met, 3) fundraise, and 4) have a mailbox in the Student Government office.

Genise Administration
Spring 2019

# Tier Explanations

A Tier point system was created to not only hold organizations accountable for their performance throughout the semester but also to guide them in their endeavors as they strive to advance classification within the SGA. The Tier point system will also be beneficial to legislators and other SGA members in assessing the quality of the organizations and the resources the SGA itself should allocate toward these organizations.

## Tier 1

Tier 1 Organizations are the exemplary organizations who not only have completed all requirements necessary to be a Class II organization but have also went above and beyond expectations and have made a direct impact on campus. **(13+ Points) * These orgs are eligible for Class II organization of the year***

## Tier 2

Tier 2 Organizations are in good standing with the SGA and have completed all the requirements necessary to be regarded as a Class II Organization. **(9-12 Points)**

## Tier 3

Tier 3 Organizations are organizations who did not complete all the required elements constituted to being classified as a Class II Organization of the SGA. **(-15-8 Points)**

# Required Points

o **Hosting Events (0-8 Points): not exceeding 8 points**
   Each event counts toward 1 point.

o **Co-sponsorships (0-3): not exceeding 3 points**
   Each event counts toward 1 point.

o **Budget (0-2 Points): appropriated funds not matching**
   Points for this category will be granted based upon the following criteria:
   **0 Points:** At the end of the semester, if your organization used **0 - 50%** of your appropriated funds, you will receive no points.
   **1 Point:** At the end of the semester, if your organization **50 – 89%** of your appropriated funds, you will receive one point.
   **2 Points:** At the end of the semester, if your organization used **90% +** of your appropriated funds, you will receive two points.

o **Town Hall Attendance: (0-3 Points):**
   The Town Hall is held once a month where organizations are required to send one representative to every town hall. The purpose of town hall is for organizations to voice their concerns directly with the Executive Board.
   For every Town Hall attended the organization will receive on point.

o **Class Director Meetings (-6-0 Points):**
   The Class Director meetings are bi-weekly, this is where the organizations will be given relevant information pertaining to their specific class and initiatives happening within the Student Government. Only one representative from the organization needs to be in attendance. If the organization shows proof of no member being able to attend the specified time and date by their Class Director, the Director will hold a meeting exclusively for the organization in order to not negatively impact their RHA Score.
   For every Class Director Meeting not attended, the organization will lose 1 point.

o **General Body Meeting Minutes Submission (-3-0 Points):**
   Each organization is required to upload their minutes from their general body meeting in the google drive folder "General Body Meeting Minutes" facilitated by their Class Director.
   For every submission missed the organization will lose 1 point.

o **Conference (-1-0 Points):**

Genise Administration
Spring 2019

Each organization is required to send one representative to the conference every semester, the dates are released at the beginning of the semester.
<span style="color:red">Failure for the representative to attend will result in the loss of 1 point.</span>

o **RHA Point Sheet Submission ( -5-0 Points):**
As mandated by Article 5, Bullet Point B, Sub-Bullet Point C, Section one, Subsection 4 of the SGA Statutes "shall submit an end of the semester report, in the fall and spring, of all programming events that occurred to their Director by the second to last SGA Meeting of the semester. The Report consists of a completed Point Sheet which you have access in the shared google drive folder with the Vice President at the beginning of the semester. An **optional** written report will also be accepted to explain your point sheet, if needed.
<span style="color:red">Failure to submit will result in the lose of 5 points.</span>

# **Bonus Points**

o **Civic Engagement (1 point):**
An extra point will be awarded if more than 75% of members who are eligible to vote are registered to vote of their organization have registered.

o **Safe Space (1 point)**
An extra Point will be awarded if more than 75% of the organization is safe-space trained.

o **Food Inclusivity (1 point)**
An extra point will be awarded if an organization has vegan, kosher, and halal food at 75% of their events.

o **Proud Redhawk (1 point)**
An extra point will be awarded if an organization is present at either a Student Organization Fair, Open House or Accepted Students Day.

o **Maxed Out (1 point)**
An extra point will be awarded if an organization reaches maximum capacity at their event.

o **Greek Collab (1 point)**
An extra point will be awarded if an organization co-sponsors with one greek organization.

o **Full House (1 point)**
An extra point will be awarded if an organization co-sponsors with at least one organization in every class (I-IV).

Genise Administration
Spring 2019

o **Perfect 10 (1 point)**
   An extra point will be awarded to an organization that co-sponsors either in OR out throughout the semester.

o **Legislator Bonus (1 point)**
   An extra point will be awarded if a Class II-IV organization has a member serve as that organization's legislator in the SGA.

o **Department Outreach (1 point)**
   An extra point will be awarded for every 2 different departments you cosponsor with over the course of the semester.

o **Educational Events (1 point)**
   An extra point will be awarded for events that have an educational focus.

o **Community Outreach (1 point)**
   An extra point will be awarded for every event that is community service based/money is raised for a donation.

Genise Administration
Spring 2019

# Class III Red Hawk Accreditation Packet



Genise Administration
Spring 2019

# Introduction

The purpose of the Red Hawk Accreditation packet is to reinforce the rules under the statues of the Student Government Association of Montclair State University. This packet is going to be a guide for all Class III organizations to follow and help them when it comes time for re-chartment. This will also help your case when it comes time for your organization to move up a class of the SGA.

# Statutes

## Article 5

### D. CLASS III ORGANIZATIONS

1. **Criteria:** Class III organizations shall 1) be organizations that meet the needs of a very specific and unique interest of the campus community and 2) attract students from the campus community that yet to be specifically represented by a chartered organization. Class III charters shall be valid for two academic years, 3) shall provide at least six programs each semester 4) shall submit an end of the semester report, in the fall and spring, of all programming events that occurred to the Class III Director by the designated University Reading Day.

2. **Benefits:** Class III Organizations shall have the right to 1) approach the Legislature for programming monies as outlined in Article Six and 2) fundraise, and 3) have a mailbox in the Student Government office.

# Tier Explanations

A Tier point system was created to not only hold organizations accountable for their performance throughout the semester but also to guide them in their endeavors as they strive to advance Class's within the SGA. The Tier point system will also be beneficial to legislators and other SGA members in assessing the quality of the organizations and the resources the SGA itself should allocate toward these organizations.

## Tier 1

Tier 1 Organizations are the exemplary organizations who not only have completed all requirements necessary to be a Class III organization, but have also went above and beyond expectations and have made a direct impact on campus. **(9+ Points) * These orgs are eligible for Class III organization of the year***

## Tier 2

Tier 2 Organizations are in good standing with the SGA and have completed all the requirements necessary to be regarded as a Class III Organization. **(4-8 Points)**

## Tier 3

Tier 3 Organizations are organizations who did not complete all the required elements constituted to being classified as a Class III Organization of the SGA. **(-15-3 Points)**

Genise Administration
Spring 2019

# Required Points

o **Hosting Events (0-6 Points): not exceeding 6 points**
Each event counts toward 1 point.

o **Co-sponsorships (0-2): not exceeding 2 points**
Each event counts toward 1 point.

o **Budget (0-2 Points): appropriated funds not matching**
Points for this category will be granted based upon the following criteria:
**0 Points:** At the end of the semester, if your organization used **0 - 50%** of your appropriated funds, you will receive no points.
**1 Point:** At the end of the semester, if your organization **50 – 89%** of your appropriated funds, you will receive one point.
**2 Points:** At the end of the semester, if your organization used **90% +** of your appropriated funds, you will receive two points.

o **Town Hall Attendance: (0-3 Points):**
The Town Hall is held once a month where organizations are required to send one representative to every town hall. The purpose of town hall is for organizations to voice their concerns directly with the Executive Board.
For every Town Hall attended the organization will receive 1 point.

o **Class Director Meetings (-6-0 Points):**
The Class Director meetings are bi-weekly, this is where the organizations will be given relevant information pertaining to their specific class and initiatives happening within the Student Government. Only one representative from the organization needs to be in attendance. If the organization shows proof of no member being able to attend the specified time and date by their Class Director, the Director will hold a meeting exclusively for the organization in order to not negatively impact their RHA Score.
For every Class Director Meeting not attended, the organization will lose 1 point.

o **General Body Meeting Minutes Submission (-3-0 Points):**
Each organization is required to upload their minutes from their general body meeting in the google drive folder "General Body Meeting Minutes" facilitated by their Class Director.
For every submission missed the organization will lose 1 point.

o **Conference (-1-0 Points):**

Genise Administration
Spring 2019

Each organization is required to send one representative to the conference every semester, the dates are released at the beginning of the semester.
<span style="color:red">Failure for the representative to attend will result in the loss of 1 point.</span>

o **RHA Point Sheet Submission ( -5-0 Points):**
As mandated by Article 5, Bullet Point B, Sub-Bullet Point C, Section one, Subsection 4 of the SGA Statutes "shall submit an end of the semester report, in the fall and spring, of all programming events that occurred to their Class Director by the second to last SGA Meeting of the semester. The Report consists of a completed Point Sheet which you have access in your shared folder with the Vice President at the beginning of the semester. An **optional** written report will also be accepted to explain your point sheet, if needed.
<span style="color:red">Failure to submit will result in the lose of 5 points.</span>

# **Bonus Points**

o **Civic Engagement (1 point):**
An extra point will be awarded if more than 75% of members who are eligible to vote are registered to vote of their organization have registered.

o **Safe Space (1 point)**
An extra Point will be awarded if more than 75% of the organization is safe-space trained.

o **Food Inclusivity (1 point)**
An extra point will be awarded if an organization has vegan, kosher, and halal food at 75% of their events.

o **Proud Redhawk (1 point)**
An extra point will be awarded if an organization is present at either a Student Organization Fair, Open House or Accepted Students Day.

o **Maxed Out (1 point)**
An extra point will be awarded if an organization reaches maximum capacity at their event.

o **Greek Collab (1 point)**
An extra point will be awarded if an organization co-sponsors with one greek organization.

o **Full House (1 point)**
An extra point will be awarded if an organization co-sponsors with at least one organization in every class (I-IV).

Genise Administration
Spring 2019

o **Perfect 10 (1 point)**
An extra point will be awarded to an organization that co-sponsors either in OR out throughout the semester.

o **Legislator Bonus (1 point)**
An extra point will be awarded if a Class II-IV organization has a member serve as that organization's legislator in the SGA.

o **Department Outreach (1 point)**
An extra point will be awarded for every 2 different departments you cosponsor with over the course of the semester.

o **Educational Events (1 point)**
An extra point will be awarded for events that have an educational focus.

o **Community Outreach (1 point)**
An extra point will be awarded for every event that is community service based/money is raised for a donation.

Genise Administration
Spring 2019

# Class IV Red Hawk Accreditation Packet



Genise Administration
Spring 2019

# Introduction

The purpose of the Red Hawk Accreditation packet is to reinforce the rules under the statues of the Student Government Association of Montclair State University. This packet is going to be a guide for all Class IV organizations to follow and help them when it comes time for re-chartment. This will also help your case when it comes time for your organization to move up a class of the SGA.

# Statutes

## Article 5

## D. CLASS IV ORGANIZATIONS

**1. Criteria:** Class IV organization shall 1) be entry level organizations that meet the needs of a
very specific and unique interest of the campus community and 2) attract students from the campus community that are yet to be specifically represented by a chartered organization.
Class IV charters shall be valid for one academic year, 3) shall provide at least 4 programs each semester, no less than two of which shall be co-sponsorships with other organizations
outside of their class, and 4) shall submit an end of the semester report, in the fall and spring, of all programming events that occurred to the Class IV Director by the designated University Reading Day.

**2. Benefits:** Class IV organizations shall have the right to 1) have a mailbox in the SGA office, 2) fundraise, and 3) have a personal account with the SGA.

# Tier Explanations

A Tier point system was created to not only hold organizations accountable for their performance throughout the semester but also to guide them in their endeavors as they strive to advance their classification within the SGA. The Tier point system will also be beneficial to legislators and other SGA members in assessing the quality of the organizations and the resources the SGA itself should allocate toward these organizations.

## Tier 1

Tier 1 Organizations are the exemplary organizations who not only have completed all requirements necessary to be a Class IV organization, but have also went above and beyond expectations and have made a direct impact on campus. **(8+ Points) * These orgs are eligible for Class IV organization of the year***

## Tier 2

Tier 2 Organizations are in good standing with the SGA and have completed all the requirements necessary to be regarded as a Class IV Organization. **(4-7 Points)**

## Tier 3

Tier 3 Organizations are organizations who did not complete all the required elements constituted to being classified as a Class IV Organization of the SGA. **(-15-3 Points)**

# Required Points

o **Hosting Events (0-4 Points): not exceeding 4 points**
Each event counts toward 1 point.

o **Co-Sponsorships In/Out (0-2 Points): not exceeding 2 points**
Each co-sponsorship counts towards 1 point.

o **Finances (0-2 Points):**
Points for this category will be granted based upon the following criteria:
   **0 Points:** At the end of the semester, if your organization used **0 - 50%** of your matching funds, you will receive no points.
   **1 Point:** At the end of the semester, if your organization **50 – 89%** of your matching funds, you will receive one point.
   **2 Points:** At the end of the semester, if your organization used **90% +** of your matching funds, you will receive two points.

o **Town Hall Attendance: (0-3 Points):**
The Town Hall is held once a month where organizations are required to send one representative to every town hall. The purpose of town hall is for organizations to voice their concerns directly with the Executive Board.
For every Town Hall attended the organization will receive 1 point.

o **Class Director Meetings (-6-0 Points):**
The Class Director meetings are bi-weekly, this is where the organizations will be given relevant information pertaining to their specific class and initiatives happening within the Student Government. Only one representative from the organization needs to be in attendance. If the organization shows proof of no member being able to attend the specified time and date by their Class Director, the Director will hold a meeting exclusively for the organization in order to not negatively impact their RHA Score.
For every Class Director Meeting not attended, the organization will lose 1 point.

o **General Body Meeting Minutes Submission (-3-0 Points):**
Each organization is required to upload their minutes from their general body meeting in the google drive folder "General Body Meeting Minutes" facilitated by their Class Director.
For every submission missed the organization will lose 1 point.

Genise Administration
Spring 2019

o **Conference (-1-0 Points):**
Each organization is required to send one representative to the conference every semester, the dates are released at the beginning of the semester.
Failure for the representative to attend will result in the loss of 1 point.

o **RHA Point Sheet Submission ( -5-0 Points):**
As mandated by Article 5, Bullet Point B, Sub-Bullet Point C, Section one, Subsection 4 of the SGA Statutes "shall submit an end of the semester report, in the fall and spring, of all programming events that occurred to the Class IV Director by the second to last SGA Meeting of the semester. The Report consists of a completed Point Sheet which you have access in your shared folder with the Vice President at the beginning of the semester. An **optional** written report will also be accepted to explain your point sheet, if needed.
Failure to submit will result in the lose of 5 points.

# **Bonus Points**

o **Civic Engagement (1 point):**
An extra point will be awarded if more than 75% of members who are eligible to vote are registered to vote of their organization have registered.

o **Safe Space (1 point)**
An extra Point will be awarded if more than 75% of the organization is safe-space trained.

o **Food Inclusivity (1 point)**
An extra point will be awarded if an organization has vegan, kosher, and halal food at 75% of their events.

o **Proud Redhawk (1 point)**
An extra point will be awarded if an organization is present at either a Student Organization Fair, Open House or Accepted Students Day.

o **Maxed Out (1 point)**
An extra point will be awarded if an organization reaches maximum capacity at their event.

o **Greek Collab (1 point)**
An extra point will be awarded if an organization co-sponsors with one greek organization.

o **Full House (1 point)**

Genise Administration
Spring 2019

An extra point will be awarded if an organization co-sponsors with at least one organization in every class (I-IV).

o **Perfect 10 (1 point)**
An extra point will be awarded to an organization that co-sponsors either in OR out throughout the semester.

o **Legislator Bonus (1 point)**
An extra point will be awarded if a Class II-IV organization has a member serve as that organization's legislator in the SGA.

o **Department Outreach (1 point)**
An extra point will be awarded for every 2 different departments you cosponsor with over the course of the semester.

o **Educational Events (1 point)**
An extra point will be awarded for events that have an educational focus.

o **Community Outreach (1 point)**
An extra point will be awarded for every event that is community service based/money is raised for a donation.

Genise Administration
Spring 2019