# Mock Presentation for Recharterment

- This Powerpoint presentation is to serve as a template for any organization wishing to use a projector presentation before the SGA Legislature.
- It is imperative to note that this presentation, like the Mock Constitution, should be used merely as a tool for your organization, not the actual final product.
- Feel free to expand off this presentation by providing ONLY additional information about your organization.
- Limit the amount of information to 1 slide per section. As wonderful as it is to see a picture of every event, it is not necessary for your presentation as you do not want to steer the focus away from the purpose of your organization.

    - *Best of luck on your chartering process!*

# [Organization Name]
# Class: [I-V]

Semester Applying for Charter: (Spring 2017)

Charter Period: (Fall 2017-Spring 2018)

Charter Type: [Initial or Renewal]

# What is the organization's purpose?

- In this space, provide the main purpose of your organization

# How does the organization differ from other organizations on campus?

- If your organization is similar to another organization on campus, explain how you differ.
- If your organization is unique to the campus (there is no organization like it), explain how it is unique.

# **Renewals only** What events has the organization put on in the past?

- Please provide a list of past events in some order (chronological, level of success, etc.) and if there are any co-sponsors.
- [Event 1]
- [Event 2]
- [Event 3 Co-Sponsored by: [Insert all co-sponsors]]
- [Event 4]
- [Event 5]

# What events does the organization intend to hold in the future?

- List all events planned for the next charter period and provide a rough estimate of cost, expectation, etc.
- (Event 1: $150, educational event, 30-40 people)
- (Event 2: $700, entertainment event, 250-300 people, 5-6 co-sponsors)

# How does this organization benefit the campus community?

- As a whole, how does your organization offer an experience to the undergraduate students, that the campus community would not have without your organization?

# Members

- E-Board: 4
- Advisors: 1
- General Members: 27
- Additional Members: 3

# **Renewal** Treasurer's Report

| Name of Event | Date of Event | Amount Requested | Actual Cost of Event | Revenue (If Applicable) | Number of Attendees (Estimate) |
|---|---|---|---|---|---|
| Event 1 | 9/21/2016 | $80 | $75 | $0 | 40 |
| Event 2 | 10/31/2016 | $800 | $775 | $540 | 250 |
| Event 3 | 11/14/2016 | $120 | $118.75 | $0 | 50 |

In this slide provide a Treasurer's Report of your past events and other financial transactions. Above you will see an example of what one looks like however you may expand on this if you would like.

## Budget Breakdown

| Name of Event | Date of Event | Estimated Cost of Event | Expected Number of Attendance | Expected Number of Co-Sponsors |
|---|---|---|---|---|
| Event 1 | 1/25/2017 | $100 | 30 | 1 |
| Event 2 | 2/14/2017 | $600 | 100 | 8 |
| Event 3 | 3/9/2017 | $150 | 65 | 0 |

# **Renewals Only**
# Accreditation Report

- Class: 3
- Spring 2016: Tier 2 (8 points)
  - 6 Hosted Events (3 Co-Sponsored)
  - Used 95% of budget
  - End of Semester Report
- Fall 2016: Tier 3 (10 points)
  - 6 Hosted Events (3 Co-Sponsored)
  - Used 95% of budget
  - End of Semester Report
  - Full House Point
  - Student Outreach

# Why Should your organization receive a charter?

- This slide should include anything not already mentioned as well as a summary of everything you just described.
- Ex. We are a class 2 organization
- Past Events: 10
- Planned Events: 13
- Co-Sponsors: 19
- Annual Budget: $3500