

### Dean of Students

**Bias Education Response Taskforce**
About the Taskforce
Bias and Free Speech
Campus Resources
Report an Incident

CARE Team
Contact Us
Core Values
Departments
Preferred Names
Release of Disciplinary Records
Student Conduct
Student Guide
Student Social Services
Support Services

The Bias Education Response Taskforce (BERT) works within the division of Student Development and Campus Life (SDCL) to provide a well-coordinated and comprehensive response to incidents of intolerance and bias with respect to race, ethnicity, gender, sexual orientation, disability, religion and national origin. It is committed to consistent and timely response. The Bias Education Response Taskforce of Montclair State University serves to prevent and respond to bias incidents on campus while coordinating outreach in the event of a bias incident and hate crime.

**Report an Incident**

## Task Force Contacts

- **Yolanda Alvarez**
  Chair, Task Force
  Associate Dean of Students
  Student Center, 4th Floor
  **973 655-7543**

- **Hamal Strayhorn**
  Co-Chair
  Director of the Office for Social Justice and Diversity
  Student Center, Room 113

---

**Montclair State University**

◎ 1 Normal Ave.
  Montclair, NJ 07043
☐ 973-655-4000
▥ Campus Map

| DEAN OF STUDENTS | MONTCLAIR STATE | POLICIES |
|---|---|---|
| Bias Education Response Taskforce | About Montclair | Copyright and Disclaimer |
| CARE Team | Academics | Title IX Information |
| Contact Us | Admissions | Emergency/Plans |
| Core Values | Arts & Culture | Notice of Non-Discrimination |
| Departments | Athletics | Annual Security Report |
| Preferred Names | Campus Life | Middle States Accreditation |
| Release of Disciplinary Records | Giving | Website Privacy Notice |
| Student Conduct | | |
| Student Guide | | |
| Student Social Services | | |
| Support Services | | |



About the Taskforce

**Dean of Students**

- **Bias Education Response Taskforce**
  - **About the Taskforce**
  - Bias and Free Speech
  - Campus Resources
  - Report an Incident
- CARE Team
- Contact Us
- Core Values
- Departments
- Preferred Names
- Release of Disciplinary Records
- Student Conduct
- Student Guide
- Student Social Services
- Support Services

Bias Education & Response Task Force (BERT) is comprised of, but not limited to the following department representative or designee(s):

- BERT Taskforce Co-Chair: Yolanda Alvarez, Associate Dean of Students
- BERT Taskforce Co-Chair: Hamal Strayhorn, Director, Office for Social Justice and Diversity

## Current Members for the 2019-2020 Academic Year

- Athletics, Stephanie Sabaliauskas
- Campus Ministry, Chaplain, Father Jim Chern
- College of the Arts and Faculty Representative, Dr. Ronald L. Sharps
- Counseling and Psychological Services, Dr. Sudha Wadhwani
- Disability Resource Center, Kayla Brady
- Educational Opportunity Office, Viviana Zambrano
- Faculty Representative, Dr. Leslie Wilson
- Office of International Engagement, Domenica Dominguez
- HR/EEO/AA Officer, Toni Hindsman
- Residence Life, Garry Jones
- Student Conduct, Director, Jerry Collins
- University Police, Captain Kieran Barrett and Lt. Carlos Ortiz

**Report Incidents of Bias**

Students who have witnessed or have been a target of a hate or bias motivated act/incident on campus or while participating in a university-sponsored activity should report it as promptly as possible. The Dean of Students office has designated protocols and procedures to collaborate with campus partners such as BERT and others when responding to incidents of bias.

1. Students are encouraged to report all types of bias-related incidents precipitated by intolerant behaviors:
   In the case of a physical confrontation or injury resulting from a bias-related incident, contact University Police immediately at 973-655-5222.
   - For all other bias-related incidents, call the Dean of Students Office and/or the Office of Residential Life at 973-655-4118. The matter may be referred to University Police.
2. The Office of the Dean of Students or designee will immediately:
   - Contact University Police and/or the Vice President of the SDCL (or designee), who will assume responsibility for managing the reported incident. The Office of the Dean of Students will

collaborate with University Police and the BERT Task Force to assess the situation and determine next steps.

**Montclair State University**

1 Normal Ave.
Montclair, NJ 07043

973-655-4000

Campus Map

**DEAN OF STUDENTS**

- Bias Education Response Taskforce
- CARE Team
- Contact Us
- Core Values
- Departments
- Preferred Names
- Release of Disciplinary Records
- Student Conduct
- Student Guide
- Student Social Services
- Support Services

**MONTCLAIR STATE**

- About Montclair
- Academics
- Admissions
- Arts & Culture
- Athletics
- Campus Life
- Giving

**POLICIES**

- Copyright and Disclaimer
- Title IX Information
- Emergency/Plans
- Notice of Non-Discrimination
- Annual Security Report
- Middle States Accreditation
- Website Privacy Notice



**Dean of Students**

**Bias Education Response Taskforce**
About the Taskforce
Bias and Free Speech
Campus Resources
**Report an Incident**

CARE Team
Contact Us
Core Values
Departments
Preferred Names
Release of Disciplinary Records
Student Conduct
Student Guide
Student Social Services
Support Services

Students who have witnessed or have been a target of a hate or bias motivated act/incident on campus or while participating in a University-sponsored activity should report it as promptly as possible.

**Report Incidents of Bias**

**Please Note:** All reports will be evaluated for violations of university policy and criminal law. This form is NOT a police report; if you are in immediate danger, call University Police at **973-655-5222**.

## There are Four Ways to Report an Incident:

1. In the case of a physical confrontation or injury resulting from a bias-related incident, contact University Police immediately at **973-655-5222**.

2. For all other bias-related incidents, call the Dean of Students Office and/or the Office of Residence Life at **973-655-4118**. The matter may be referred to University Police.

3. You can submit a report online. The name and/or photo associated with your Google account will be included. **Report a Bias Incident.**
    - Reports may be submitted anonymously; however, anonymous reports may limit the university's ability to respond to the incident.

4. You can submit an anonymous report by printing a PDF version of the Bias Incident Report. Please be aware that anonymous reports may limit the University's ability to respond to an incident.
    - Completed forms can be mailed or dropped off to the Office for Social Justice and Diversity, 1 Normal Avenue, Student Center, Room 110, Montclair, New Jersey 07083.

---

**Montclair State University**



- 1 Normal Ave.
  Montclair, NJ 07043
- 973-655-4000
- Campus Map

**DEAN OF STUDENTS**
Bias Education Response Taskforce
CARE Team
Contact Us
Core Values
Departments
Preferred Names
Release of Disciplinary Records
Student Conduct
Student Guide
Student Social Services
Support Services

**MONTCLAIR STATE**
About Montclair
Academics
Admissions
Arts & Culture
Athletics
Campus Life
Giving

**POLICIES**
Copyright and Disclaimer
Title IX Information
Emergency/Plans
Notice of Non-Discrimination
Annual Security Report
Middle States Accreditation
Website Privacy Notice



### University Police

- Chief's Welcome
- About Us
- Crime Prevention
- Annual Security Report
- Jeanne Clery Statistics
- Records and Property
- **Resource Services**
- Traffic Safety
- Violations
- Contact Us
- Emergency
- University Police Body-Worn Cameras

## Sexual Assault Response Team

**Contact University Police, University Police or any University official**

The Sexual Assault Response Team is a team comprised of trained sexual assault nurse examiners, University police officers, and trained campus interpersonal violence advocate and was created to assist the victims of sexual assault. Montclair State University SART is modeled after New Jersey State standards and provides services on campus that would be obtained at official SART sites throughout the state. The team is trained to provide victim-centered, compassionate, comprehensive care directly on campus. The SART service is available to any individual who is a victim of sexual assault within the confines of campus grounds. This includes Montclair State students, visitors and employees. SART is also available to Montclair State students who are victims of sexual assault that occurs outside Montclair State University property. Visit **SART's website**.

## CERT (Community Emergency Response Team)

Part of the United States Citizen Corps Program, the Montclair State University CERT team was established in 2003. CERT members give critical support to first responders in emergencies, provide immediate assistance to victims, organize spontaneous volunteers at a disaster site, and collect disaster intelligence to support first responder efforts. Montclair State University is the first college in New Jersey to have such a program, and one of only four nationwide. More information is available on the **Emergency Information website**.

## Bias Response Task Force (BRT)

In its continuing mission to provide the most comprehensive services to victims of crime and provide a community outlet for positive change, the University has created a Bias Response Task Force to help eradicate instances of bias intimidation, hate crimes and intolerance. The University Police Department is an active member of this campus-wide initiative that provides proactive education, advocacy for affected groups, and information sharing for the most inclusive response when hate crimes occur and to also educate community members to empower themselves to prevent and report instances. For more information visit the **BRT website**.





## What is a Hate Crime?

A hate crime is a criminal act (such as physical assault, intimidation, arson or vandalism) that is motivated by bias.

Biases included in hate crime statutes may include race, ethnicity, religion, sexual orientation, gender and disability.

## What is a Bias Incident?

A bias incident is conduct, speech or expression that is motivated by bias or prejudice but doesn't involve a criminal act. Bias incidents may, however, violate campus codes or policies.

## What is Free Speech?

Free Speech does not include language that is aimed at achieving results of violence or criminal acts and is likely to achieve it.

## Interested in Learning More?

**Faculty Resource:**

- Critical Practices for Anti-Bias Education
- Educator and Anti-Bias Study Guide

**Student Resource:**

- What is a Bias Incident?
- Define Hate Crime
- What Does Free Speech Mean?

**Dean of Students**
- Bias Education Response Taskforce
  - About the Taskforce
  - Bias and Free Speech
  - Campus Resources
  - Report an Incident
- CARE Team
- Contact Us
- Core Values
- Departments
- Preferred Names
- Release of Disciplinary Records
- Student Conduct
- Student Guide
- Student Social Services
- Support Services

Montclair State University

1 Normal Ave.
Montclair, NJ 07043

973-655-4000

Campus Map

DEAN OF STUDENTS
- Bias Education Response Taskforce
- CARE Team
- Contact Us
- Core Values
- Departments
- Preferred Names
- Release of Disciplinary Records
- Student Conduct
- Student Guide
- Student Social Services
- Support Services

MONTCLAIR STATE
- About Montclair
- Academics
- Admissions
- Arts & Culture
- Athletics
- Campus Life
- Giving

POLICIES
- Copyright and Disclaimer
- Title IX Information
- Emergency/Plans
- Notice of Non-Discrimination
- Annual Security Report
- Middle States Accreditation
- Website Privacy Notice

Compl. Ex. 11, Page 6 of 11

TEACHING TOLERANCE

ABOUT | TOPICS | FRAMEWORKS | GRANTS | MIX IT UP! | PODCASTS

CLASSROOM RESOURCES | PROFESSIONAL DEVELOPMENT | MAGAZINE & PUBLICATIONS | BUILD A LEARNING PLAN

PROFESSIONAL DEVELOPMENT

# Identifying and Responding to Bias Incidents

PRINT | SHARE

Professional Development Topic: School Climate
Topic: Bullying & Bias

## What is a Bias Incident?

**A bias incident is conduct, speech or expression motivated, in whole or in part, by bias or prejudice.** It differs from a hate crime in that no criminal activity is involved. While hate crimes, if charged and prosecuted, will be dealt with in the court system, schools must handle bias incidents through grievance procedures and educational programs. Both hate crimes and bias incidents, however, demand a unified and unflinching denouncement from school leaders.

## 10 Tips for Identifying Bias Incidents

You may have a bias incident on your hands if:

1. Slurs and epithets are used.

2. Hate symbols -- or inflammatory symbols like nooses -- are used.

3. The perpetrator(s) admit their conduct was motivated by prejudice or that they selected the target(s) based on their race, ethnicity, religion, disability, sex, sexual orientation or other identity factors.

4. The target(s) believe the incident was motivated by bias.

5. The target(s) openly engage in activities related to their race, ethnicity or other identity characteristics -- e.g., black students purposefully gathering under the "White Tree" in Jena; LGBTQ students trying to start a gay-straight alliance at school.

6. There's been prior news coverage of similar bias incidents -- i.e., a 16-year-old living 40 miles outside of Jena was questioned by police last week after they spotted him in a truck with a noose hanging out of the back (the adult driver was charged with DUI).

7. The acts are directed against members of groups whose presence in the community or school is opposed -- e.g., Mexican immigrant students in a community where nativist groups are active.

8. Ongoing school or community conflicts may have initiated or contributed to the act -- e.g., in Jena, a bias incident involving nooses ultimately gave rise to off-campus conflicts and violence.

9. Possible involvement by an organized hate group or its members -- e.g., students who are skinheads taunt Jewish peers.

10. A pattern of incidents in which the targets and perpetrators are of a different race, religion, national origin, gender or sexual orientation -- e.g. over a period of weeks, school records show a growing number of incidents involving conflicts between Latinx and black students.

## Seven Steps for Responding to Bias Incidents

1. Focus on safety first.
2. Conduct an investigation and get the facts.
3. Denounce hateful acts and address fears.
4. Involve everyone – teachers, counselors, staff, administrators, students, families and community members – in finding solutions.
5. Support the targets.
6. Enforce appropriate consequences for perpetrators.
7. Work towards unity.

SHARE

RELATED RESOURCES

*Publication*
**Responding to Hate and Bias at School**
Find suggestions for preventing and navigating a bias- or hate-related crisis in our guide. It is designed primarily for school administrators, but teachers, staff, counselors and students also may find guidance here.





**Montclair State University** — Office for Social Justice and Diversity

## Workshops and Training

**Office for Social Justice and Diversity**

- About Us
- Bias Education Response Taskforce
- Center for Faith and Spirituality
- Get Involved
- LGBTQ Center
- Multicultural Center
- Resources
- Women's Center
- **Workshops and Training**

Below is a list of our current workshops/training programs. Don't see what you are looking for? No problem! Reach out to **diversity@montclair.edu** and we can create a presentation for your group, department or organization.

**Request a Workshop**

### Office for Social Justice and Diversity Workshops

- **About the Office for Social Justice and Diversity**
  Learn all about the Office for Social Justice and Diversity and what we have to offer the campus.

- **Allyship 101**
  This workshop will help participants explore what it means to be an ally both in word and in action.

- **Circles of My Multicultural Self**
  In this interactive workshop, participants will have the opportunity to better understand their multicultural selves and the multicultural identities of others. Stereotypes are discussed and dismantled through statements that heal and empower us.

- **NEW! Connecting the Dots: Diversity and Inclusion Training**
  This NEW interactive and in-depth training will explore the vast world of diversity and inclusion. Through activities, videos, and discussion, participants will learn diversity and inclusion terminology, examine individual privileges and biases, uncover different forms of oppression, and learn how to utilize what they have learned to become better allies to others.

- **Cross the Line**
  This interactive, activity-based workshop focuses on the personal experiences of participants and examines how our trials and tribulations shape the people we are today. Empathy, connectedness and healing are at the core of this introspective workshop experience.

- **Identity Signs**
  This activity asks students to identify their salient identities based on particular circumstances. Understanding how our different identities intersect, interact and affect our daily lives is at the core of this interactive workshop. This lesson is great for the Diversity lesson in GNED 199.

- **Language Matters – A Workshop on Microaggressions**
  Microaggressions have been defined as brief everyday exchanges, often unintentional and automatic, that send negative messages to individuals because of their group/identity membership (i.e. due to race, ethnicity, nationality, gender, sexual orientation, age, disability, etc.). Participants of this session will examine phrases like "That's so gay," "That's ghetto," "That's retarded," etc., to better understand their harm and identify ways to confront these microaggressions so that we create a more inclusive campus environment.

- **Power and Privilege**
  Participants in this interactive, activity-based workshop will be able to define "power" and "privilege," have the opportunity to identify and examine some of their own privileges, learn

from one another through shared personal experiences, and identify ways to use their privilege to dismantle oppression

## Center for Faith and Spirituality Workshops

- Coming Soon

## LGBTQ Center Workshops

- **Asexuality 101**
  This workshop will provide information and education regarding asexuality, an often overlooked identity on the LGBTQ spectrum.

- **Creating Inclusive Campus Environments – Faculty Session**
  This program is designed to help faculty identify ways they can make their classrooms more inclusive for LGBTQ+ students. Terminology, pronouns and useful tips for developing syllabi and confronting microaggressions in class are discussed in this workshop. Campus resources and referral service information is also reviewed.

- **LGBTQ BINGO**
  This program educates participants on LGBTQ terminology through the game BINGO. LGBTQ terms are listed on boards in place of numbers and folks compete for prizes while testing their LGBTQ terminology knowledge.

- **LGBTQ Center 411**
  This session provides an overview of all the programs, resources, and services available through the LGBTQ Center. This session is great for department-specific training or meetings.

- **LGBTQ Coming Out Panel**
  What does it mean when someone comes out of the closet? This panel of LGBTQ speakers will share their personal narratives and coming out stories.

- **LGBTQ Terminology Review**
  We all have experience with LGBTQ terminology... This workshop provides the space for us to talk about the origin of our LGBTQ terminology knowledge, the feelings we experience surrounding those words, and the bullying that often accompanies those experiences. Attendees of this workshop will obtain advanced level education on the terminology used to describe various sexuality and gender identities that exist today.

- **Trans 101**
  "Transgender" is an umbrella term used to describe a wide range of identities but what do those identities mean and how can we best support our transgender students? Participants in this foundational workshop will leave with a better understanding of transgender terminology, the issues that affect transgender students and their families, and will be able to identify ways they can create inclusive spaces for trans people on their campuses. Bathrooms, names and gender pronouns will also be discussed in this session.

## Multicultural Center Workshops

- **NEW! Cultural Appropriation and Appreciation (60 minutes)**
  This presentation helps participants understand the difference and impact of cultural appropriation and appreciation.

## Women's Center Workshops

- **NEW! Feminism 101**
  Why is feminism important? How can feminism empower you? This workshop will help participants understand feminism, to increase participants' awareness of the benefits of supporting feminism, and debunk myths.

**Montclair State University**

- 1 Normal Ave.
  Montclair, NJ 07043
- 973-655-4000
- Campus Map

**OFFICE FOR SOCIAL JUSTICE AND DIVERSITY**
- About Us
- Bias Education Response Taskforce
- Center for Faith and Spirituality
- Get Involved
- LGBTQ Center
- Multicultural Center
- Resources
- Women's Center
- Workshops and Training

**MONTCLAIR STATE**
- About Montclair
- Academics
- Admissions
- Arts & Culture
- Athletics
- Campus Life
- Giving

**POLICIES**
- Copyright and Disclaimer
- Title IX Information
- Emergency/Plans
- Notice of Non-Discrimination
- Annual Security Report
- Middle States Accreditation
- Website Privacy Notice