/2017

Reporting Incidents of Bias and/or Hate

# Reporting Incidents of Bias and/or Hate

This form is for reporting hate and bias incidents on the campus of Montclair State University. The primary goal is to provide support to the individual or community impacted. All reports will be evaluated to determine if they should be further investigated for potential violations of University policy and/or criminal law.

Information obtained through these reports is meant to assist Montclair State in responding to and tracking incidents of hate and bias. Reports may be submitted anonymously; however, anonymous reports may limit the University's ability to respond to the incident.

This form is NOT a police report. If you are in immediate danger, please call (973) 655-5222.

* Required

1. **Your Name**

   This section is voluntary, however, anonymous reports may limit the University's ability to respond to the incident.

   _____

2. **Phone Number**

   This section is voluntary, however, anonymous reports may limit the University's ability to respond to the incident.

   _____

3. **Your Email Address**

   This section is voluntary, however, anonymous reports may limit the University's ability to respond to the incident.

   _____

## Untitled Section

4. **Date of Incident** *

   _____
   Example: December 15, 2012

5. **Time of Incident** *
   Approximate

   _____
   Example: 8:30 AM

Pathways to Calculus

2/6/2017

Reporting Incidents of Bias and/or Hate

6. **Location of Incident** *

   Please be as specific as possible

   _____
   _____
   _____
   _____
   _____

7. **Name of Involved Party/Parties (if known)** *

   Include names of any victim(s), perpetrator(s), and/or any witnesses.

   _____
   _____
   _____
   _____
   _____

8. **Incident Report** *

   Please describe the incident with as much factual detail as possible. Please include information about the nature of the incident (e.g., physical assault, verbal assault, threats, written slurs, threatening communications, etc.). and please be as specific as possible. If you have any documentation (e.g., photos, emails, video, other documents, etc.) you can attach them under supporting documentation.

   _____
   _____
   _____
   _____
   _____

9. **Have the police been contacted?** *

   If yes, please indicate the case number in the incident report section above.
   Mark only one oval.

   ◯ Yes
   ◯ No

10. **Would you like someone from the Bias Education Response Team (BERT) or the Office of the Dean of Students to contact you?**

    If so, please provide our contact information below:

    _____

Compl. Ex. 12, Page 2 of 3

2/6/2017

Reporting Incidents of Bias and/or Hate

11. This bias incident targets the following identities and/or communities *
Check all that apply.

- [ ] Age
- [ ] Disability
- [ ] Ethnicity
- [ ] Gender
- [ ] Gender Identity/Expression
- [ ] Marital Status
- [ ] National Orgin
- [ ] Parental Status
- [ ] Religion
- [ ] Sexual Orientation
- [ ] Socioeconomic Status
- [ ] Veteran Status
- [ ] Unknown
- [ ] Other: _____

12. Please add additional comments, information, or observations you wish to share.

_____
_____
_____
_____

13. File Upload
Please provide any supporting documentation such as photos, videos, email, or other pertinent information.
Files submitted:

Powered by
Google Forms