

# Human Relations Statement on Campus Climate for Civility and Human Dignity

## About This Policy

**Responsible Office**

**Student Development Campus Life**

Montclair State University recognizes its responsibility to foster an atmosphere of respect, understanding and good will among individuals and groups, with special sensitivity to those most likely to be subjected to disrespect, abuse and misunderstanding because of age, disability, ethnicity, gender, gender identity or expression, national origin, race, religion, and sexual orientation. The goal is to create an unbiased community where all individuals feel free to express themselves in ways that are appropriate in a multi-ethnic and multi-cultural society and to pursue their work and study in an atmosphere which values individuality and diversity.

If you have any concern regarding this policy, please contact the Bias Response Task Force at 973-655-5114, or the Office of the Dean of Students at 973-655-4118.

**View Student Policies**   **View Student Development Campus Life Policies**   **View All Policies**

