# Exhibit 15

## September 10, 2019 Video – Montclair Speech Incident

**[File mailed in hard copy]**