



**Student Government Association**

Student Government Association
Executive Branch
Legislative Branch
Judicial Branch
**Clubs and Organizations**
Red Hawk Accreditation
Re-charterment Information
Financial Information
Town Hall
Prospective Organizations
Student Life at Montclair (SLAM)
Office Services
Scholarships

Organizations are separated into classes I, II, III, and IV. The class each organization is classified as determines the budget they are given. If you cannot find one that interests you, **start your own today**! Further, we hope you use our sortable table to see when clubs and orgs meet by day of the week, time, location and category.

## Chartered Clubs & Organizations

If you're looking to contact any organization, you can find them on **HawkSync**.

### Class One Organizations

- Black Student Union (BSU)
- Haitian Student Association (HSA)
- Japan Club
- Latin American Student Organization (LASO)
- Montclair State Dance Company
- Montclair State Dietetics Organization (MSDO)
- Montclair University Gamers (MUG)
- Montclair Filipino American Student Association (MUFASA)
- Newman Catholic Campus Ministry
- Players
- South Asian Student Association (SASA)
- Unified Asian American Student Organization (UAASO)
- Video Production Club

### Class Two Organizations

- Complexions
- Femvolution
- Justice for Education
- Ladies First
- Montclair State University Marketing Association
- Muslim Student Association (MSA)
- National Association for the Advancement of Colored People (NAACP)
- Native African Student Organization (NASO)

- Pre-Law Society
- Speaking Through Silence
- The Brotherhood La Hermandad
- The Physics Club
- Voices of Unity

## Class Three Organizations

- Accounting Society
- Active Minds
- Animal Activists
- Arab Student Association (ASA)
- Biology Club
- Caribbean Student Organization (CaribSo)
- Data Driven Student Alliance (DDSA)
- Environmental Club
- Fashion Club
- Feliciano Women in Business
- Future Educators Association
- German Club
- Global Medical Brigades
- Habitat for Humanity
- Innovative Audio
- International Student Organization
- Korean Student Association
- Management Club
- Montclair State Dance Marathon
- Montclair State Food Systems
- Montclair State Bhangra
- Montclair State University Acapella
- Montclair State University Art Society
- Montclair State University Barbell Club
- Montclair State University Car Club
- Montclair State University History Club
- Montclair State University MUSE
- Montclair State University Pensa
- Montclair State University Pre-Dental Club
- Music Therapy Student Organization (MTSO)
- Multicultural Psychology Scholars (MPS)
- Psychology Club
- Spanish Club
- The Montclair State Petey Green Program
- YesSheCanCampaign

**Class Four Organizations**

- American Medical Student Association
- Computer Club
- Medlife
- Media Arts Mashup
- Montclair State Love Your Melon Campus Crew
- Montclair State Veterans Network (Montclair State Vet Net)
- Montclair State University Blockchain Club
- Pre-Vet
- Rise Up
- The Champions Club
- Young Americans for Liberty

## Club & Org Meeting Times – Fall 2019

This table has been updated on September 5, 2019. Please check back every week for new additions!

| Club | Weekday | Time | Location | Classification |
|---|---|---|---|---|
| 90.3 WMSC-FM Radio Station | Wednesday | 3:30 p.m. | School of Communication and Media, Room 1011 | Arts / Media |
| Active Minds | Wednesday | 2:30 p.m. | University Hall, Room 2040 | Other |
| American Medical Student Association | Monday | 4 p.m. | Center for Environmental and Life Sciences, Room 2017 | Academics |
| Biology Club | Wednesday | 3:30 p.m. | University Hall, Room 3004 | Academics |
| Black Student Union (BSU) | Tuesday | 4 p.m. | Student Center, Room 126 | Cultural |
| CaribSo | Tuesday | 5:30 p.m. | Student Center, Room 126 | Cultural |
| Chi Alpha Christian Fellowship | Monday | 7 p.m. | Machuga Heights, Room 2508 | Spirituality / Religion |
| Chi Alpha Christian Fellowship | Thursday | 7 p.m. | Machuga Heights, Room 2508 | Spirituality / Religion |
| Complexions | Tuesday | 4 p.m. | Student Center, Room 419 | Social |
| Data Driven Student Alliance | Wednesday | 3 p.m. | Feliciano School of Business, Room 211 | Academics |
| Environmental Club | Wednesday | 3 p.m. | Center for Environmental and Life Sciences, Room 110 | Academics |
| Fashion Club | Wednesday | 3 p.m. | University Hall, Room 3009 | Arts / Media |
| Food Systems Club | Wednesday | 4 p.m. | University Hall, Room 3046 | Other |

| Organization | Day | Time | Location | Category |
|---|---|---|---|---|
| Haitian Student Association (HSA) | Wednesday | 3 p.m. | University Hall, Room 2026 | Cultural |
| Hillel | Wednesday | 4 p.m. | University Hall, Room 2031 | Spirituality / Religion |
| History Club | Wednesday | 3 p.m. | University Hall, Room 3006 | Academics |
| International Student Organization | Wednesday | 2:30 p.m. | University Hall, Room 2002 | Cultural |
| Japan Club | Wednesday | 4 p.m. | University Hall, Room 2021 | Cultural |
| Justice for Education | Wednesday | 2:30 p.m. | University Hall, Room 2002 | Politics / Activism |
| Korean Student Organization | Thursday | 8:30 p.m. | Feliciano School of Business, Room 128 | Cultural |
| LadiesFIRST | Wednesday | 4:15 p.m. | University Hall, Room 2012 | Social |
| Latin American Student Association (LASO) | Tuesday | 3:30 p.m. | Student Center, Rathskeller | Cultural |
| MSU Acapella | Tuesday | 7 p.m. | Student Center, Room 417 | Arts / Media |
| MSU Acapella | Friday | 4 p.m. | University Hall, Room 1050 | Politics / Activism |
| MSU Muse | Tuesday | 3 p.m. | Student Center, Room 126 | Arts/Media |
| Marketing Club | Wednesday | 4 p.m. | Feliciano School of Business, Room 225 | Academics |
| Montclair Animal Activists | Wednesday | 2:30 p.m. | University Hall, Room 2010 | Politics / Activism |
| Montclair State Car Club | Wednesday | 3 p.m. | Feliciano School of Business, Room 114 | Other |
| Montclair State Dance Company | Tuesday | 9:30 p.m. | Student Recreation Center, Multipurpose Room | Arts / Media |
| Montclair State Dance Marathon | Wednesday | 8:30 p.m. | Dickson Hall, Room 172 | Arts / Media |
| Montclair State Dietetics Organization | Wednesday | 3 p.m. | University Hall, Room 1020 | Academics |
| Montclair State Petey Greene Program | Thursday | 8:30 p.m. | University Hall, Room 2046 | Other |
| Montclair State University Pre-Dental Club | Wednesday | 3:30 p.m. | University Hall, Room 2031 | Academics |
| Montclair United Filipino American Student Association (MUFASA) | Wednesday | 4:15 p.m. | Center for Environmental and Life Sciences (CELS) Room 120 | Cultural |
| Montclair University Gamers (MUG) | Tuesday | 8:30 p.m. | Student Center, Room 126 | Social |
| Muslim Student Association | Wednesday | 3 p.m. | University Hall, Room 3013 | Cultural |
| National Association for the Advancement of Colored People | Wednesday | 4 p.m. | University Hall, Room 2011 | Cultural |
| Native American Student Organization (NASO) | Wednesday | 4 p.m. | University Hall, Room 1050 | Cultural |

| Name | Day | Time | Location | Category |
|---|---|---|---|---|
| Newman Catholic Mass | Sunday | 8:30 p.m. | Student Center, Cafe B&C | Spirituality / Religion |
| Newman Community Nights | Tuesday | 7 p.m. | Newman Center | Spirituality / Religion |
| Players | Monday | 5:30 p.m. | Student Center, Room 126 | Arts / Media |
| Pre Vet/Animal Science Club | Wednesday | 2:30 p.m. | Richardson Hall, Room 106 | Academics |
| Pre-Law Society | Wednesday | 3 p.m. | Feliciano School of Business, Room 310 | Academics |
| Psychology Club | Wednesday | 2:30 p.m. | University Hall, Room 2012 | Academics |
| RecBoard | Friday | 2:30 p.m. | Student Recreation Center | Social |
| Relay for Life | Tuesday | 8:30 p.m. | University Hall, Room 2032 | Community Service / Philanthropy |
| Residence Hall Association | Wednesday | 8 p.m. | Dinallo Heights, Multipurpose Room | Other |
| Rise Up | Wednesday | 4:30 p.m. | University Hall, Room 2013 | Spirituality / Religion |
| South Asian Student Association (SASA) | Wednesday | 3:30 p.m. | University Hall, Room 2006 | Cultural |
| Student Government Association | Wednesday | 3 p.m. | Student Center, Room 411-414 | Politics / Activism |
| Student Life at Montclair (SLAM) | Monday | 4 p.m. | Student Center, Rathskeller | Social |
| The Brotherhood La Hermandad | Wednesday | 5:15 p.m. | Student Center, Room 126 | Cultural |
| The Normal Review | Wednesday | 8:30 p.m. | University Hall, Room 2046 | Arts / Media |
| Unified Asian American Student Organization (UAASO) | Wednesday | 3 p.m. | University Hall, Room 1010 | Cultural |
| Video Production Club | Wednesday | 3:30 p.m. | Calcia Hall, Room 135 | Arts / Media |
| Voices of Unity | Monday | 6 p.m. | Student Center, Cafe B&C | Spirituality / Religion |
| Young Americans for Liberty | Friday | 2:30 p.m. | Dickson Hall, Room 276 | Politics / Activism |

**Montclair State University**

- 1 Normal Ave, Montclair, NJ 07043
- 973-655-4000
- Campus Map

**STUDENT GOVERNMENT ASSOCIATION**
- Student Government Association
- Executive Branch
- Legislative Branch
- Judicial Branch
- Clubs and Organizations
- Student Life at Montclair (SLAM)
- Office Services
- Scholarships

**MONTCLAIR STATE**
- About Montclair
- Academics
- Admissions
- Arts & Culture
- Athletics
- Campus Life
- Giving

**POLICIES**
- Copyright and Disclaimer
- Title IX Information
- Emergency/Plans
- Notice of Non-Discrimination
- Annual Security Report
- Middle States Accreditation
- Website Privacy Notice

Compl. Ex. 16, Page 5 of 5