

ALLIANCE DEFENDING
FREEDOM
FOR FAITH. FOR JUSTICE.

January 15, 2020

Clerk of Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

   Re: *Exhibit for recently-filed complaint for Young Americans for Liberty and Mena Botros v. Montclair State University officials*

To whom it may concern:

  Please find attached a thumb drive containing a large video file. This thumb drive contains Exhibit 15 for the complaint recently filed by Plaintiffs Young Americans for Liberty at Montclair State University and Mena Botros and against Montclair State University officials. The filing attorney is Michael Laffey and we are sending this exhibit on his behalf. Thank you for your attention to this matter. If you have any questions, please do not hesitate to call me at 571-707-4761 or to email me at mross@ADFlegal.org.

             Sincerely,

             Michael Ross

440 First Street NW Suite 600, Washington D.C. 20001 Phone: 800.835.5233 Fax: 202.347.3622 ADFlegal.org