

*State of New Jersey*

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 116
TRENTON, NJ 08625-0116

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

February 21, 2020

***Via Electronic Filing***
Honorable Brian R. Martinotti, U.S.D.J.
Honorable Joseph A. Dickson, U.S.M.J.
United States Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: <u>YAL, et al. v. Trustees of Montclair State Univ., et al.</u>
    Docket No.: 2:20-cv-00508-BRM-JAD

Dear Judges Martinotti and Dickson:

  I represent Defendants, Rose L. Cali, Mary A. Comito, Dr. Francis M. C. Cuss, George J. Hiltzik, Lawrence R. Inserra, Jr., Douglas L. Kennedy, Ralph A. LaRossa, Jean Marc De Grandpre, John L. McGoldrick, William T. Mullen, Preston D. Pinkett III, Kent Sluyter, Nikita Williams, Karen Pennington, Margaree Coleman-Carter, Paul M. Cell, Kaluba Chipepo, Yolanda Alvarez, Hamal Strayhorn and Susan A. Cole, in the above-referenced matter.

  Defendants' response to Plaintiffs' Complaint is presently due on February 25, 2020. Due to the various constitutional issues in controversy in this lawsuit, as well as having to handle three pending appeals and a significant caseload, I am requesting an additional thirty (30) days in order for Defendants to respond to the Plaintiffs' Complaint. If granted, the new response date would be **<u>Thursday, March 26, 2020</u>**.

  Plaintiffs' counsel has graciously consented to this request.



HUGHES JUSTICE COMPLEX • TELEPHONE: 609-376-2814 • FAX: 609-633-8702
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

I thank Your Honors for their kind consideration of this application.

        Respectfully submitted,

        GURBIR S. GREWAL
        ATTORNEY GENERAL OF NEW JERSEY

By: _____
        Michael R. Sarno
        Deputy Attorney General

cc: All counsel of record (via ECF)