# MESSINA LAW FIRM
A Professional Corporation

Michael P. Laffey

Email: mlaffey@messinalawfirm.com

961 Holmdel Road
Holmdel, New Jersey 07733

_____

Phone 732.332.9300
Direct 732.642.6784
Fax    732.332.9301

May 8, 2020

Clerk of Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101
via email: ecfhelp@njd.uscourts.gov

  Re: *Young Americans for Liberty et al. v. Trustees of Montclair State University et al.*, No. 2:20-cv-00508-BRM-JAD, *Notice of Call for Dismissal*

To whom it may concern:

  On April 29, 2020, Clerk William T. Walsh issued a notice that this case will be dismissed on May 13, 2020 for failure to effect service of the summons and complaint. But on January 22, 2020, Plaintiffs filed 21 affidavits showing proof of service to satisfy this requirement for each defendant named in the suit.

  My assistant called the clerk's office this morning, and it was the clerk's understanding that this notice of dismissal applies only to the corporate body of the Board of Trustees of Montclair State University. The lawsuit named the individual members of the Board of Trustees, not the corporate body, as defendants, as well as several other individuals. Therefore, a notice of a call for dismissal is not necessary. We kindly ask that you please issue a corrective notice or retract the notice of a call for dismissal to clarify that service has been accomplished and proven to the court for all named defendants in this lawsuit. Thank you.

                Sincerely,

                *Michael P Laffey*

                Michael Laffey