

June 18, 2021

<u>*Via Facsimile at (973) 645-4549*</u>
The Honorable Joseph A. Dickson
United States Magistrate Judge
United States District Court
District of New Jersey

    Re:    Joint Status Report
            *Young Ams. For Liberty, et al. v. Trustees of Montclair State Univ., et al.*,
            Case No. 2:20-cv-00508

Dear Judge Dickson,

    The parties are pleased to report that they have reached a settlement on all claims in the lawsuit. The parties are conducting a final review of the settlement documents and collecting signatures. The parties anticipate that they will complete a formal settlement in the coming week, at which time the parties will then move to dismiss this case without prejudice pending satisfaction of certain settlement terms.

    Plaintiffs' counsel attempted to reach the University Defendants' counsel to obtain consent for this joint status letter, but was unable to reach him. However, University Defendants' counsel has also already sent over signatures from his clients to finalize the settlement.

    In light of the above, the parties have not conducted discovery, have no proposed modifications to the discovery schedule, and do not think that a Settlement Conference on June 28, 2021 is necessary.

    Respectfully submitted,

*s/ Michael Laffey*
MICHAEL P. LAFFEY
MESSINA LAW FIRM, P.C.
961 Holmdel Road
Holmdel, NJ 07733
(732) 332–9300
mlaffey@messinalawfirm.com

*s/ Ronald P. Botelho*
RONALD P. BOTELHO
MARIA P. VALLEJO
CHASAN LAMPARELLO MALLON & CAPPUZZO, P.C.
300 Lighting Way, Suite 200
Secaucus, NJ 07094

M<span>ICHAEL</span> R. R<span>OSS</span>*
T<span>YSON</span> C. L<span>ANGHOFER</span>*
A<span>LLIANCE</span> D<span>EFENDING</span> F<span>REEDOM</span>
C<span>ENTER FOR</span> A<span>CADEMIC</span> F<span>REEDOM</span>
20116 Ashbrook Place, Suite 250
Ashburn, VA 20147
(480) 444–0020
mross@ADFlegal.org
tlanghofer@ADFlegal.org

*Counsel for Plaintiffs*

**Admitted pro hac vice.*

(201) 348-6000
RBotelho@chasanlaw.com
MVallejo@chasanlaw.com

*Counsel for Defendant The Student Government Association of Montclair State University, Inc.*