Ronald P. Botelho, Esq. (04422011)
Chasan Lamparello Mallon & Cappuzzo, PC
300 Lighting Way
Secaucus, New Jersey 07094
Tel: (201) 348-6000
Attorneys for Defendant The Student Government Association of Montclair State University, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **YOUNG AMERICANS FOR LIBERTY AT MONTCLAIR STATE UNIVERSITY,** and **MENA BOTROS;**<br><br>        Plaintiffs,<br><br>The Trustees of Montclair State University – ROSE L. CALI, MARY A. COMITO, VICE-CHAIR DR. FRANCIS M. C. CUSS, CHAIR GEORGE J. HILTZIK, LAWRENCE R. INSERRA, JR. DOUGLAS L. KENNEDY, RALPH A. LAROSSA, JEAN MARC DE GRANDPRE, JOHN L. MCGOLDRICK, WILLIAM T. MULLEN, PRESTON D. PINKETT III, SECRETARY KENT SLUYTER, and STUDENT NIKITA WILLIAMS-all individually and all in their official capacities as members of the Montclair State University Board of Trustees; SUSAN A. COLE, President of Montclair State University, in her official and individual capacities; KAREN PENNINGTON, Vice President of Student Development & Campus Life of Montclair State University, in her official and individual capacities; MARGAREE COLEMAN-CARTER, Dean of Students of Montclair State University, in her official and individual capacities; PAUL M. CELL, Chief of Police of Montclair State University, in his official and individual capacities; KALUBA CHIPEPO, Sergeant of Campus Police for Montclair State University, in his official and individual capacities; YOLANDA ALVAREZ, Chair of Bias Education Response Taskforce of Montclair State University, in | Civil No.: 2:20-cv-00508<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

1

| |
|---|
| **her official and individual capacities; HAMAL STRAYHORN, Co-Chair of Bias Education Response Taskforce of Montclair State University, in her official and individual capacities; THE STUDENT GOVERNMENT ASSOCIATION OF MONTCLAIR STATE UNIVERSITY, INC.** |
| **Defendants.** |

## JOINT STIPULATION OF DISMISSAL

NOW COME the Plaintiffs and Defendants and jointly stipulate to the dismissal of this action. In support thereof, the parties state as follows:

1. On August 09, 2021, the parties filed a Joint Stipulation of Dismissal stipulating that Counts I, III, IV, and VI of this lawsuit should be dismissed with prejudice and that Counts II and V should be dismissed without prejudice.

2. The parties have reached an agreement regarding the particulars of the subject matter of Counts II and V, and hereby stipulate that Counts II and V should be dismissed with prejudice.

3. The parties stipulate that each party will bear its own costs.

4. This is not a class action lawsuit, no receiver has been appointed, and no federal statute that requires a court order for dismissing a case governs this lawsuit.

5. Plaintiffs have not previously dismissed any federal or state-court suit based on or including the same claims as those presented in this case.

Respectfully submitted this day, October 18, 2021

s/ Michael Laffey
MICHAEL P. LAFFEY
MESSINA LAW FIRM, P.C.
961 Holmdel Road
Holmdel, NJ 07733
(732) 332-9300
mlaffey@messinalawfirm.com
Michael R. Ross*
Tyson C. Langhofer
Alliance Defending Freedom
Center for Academic Freedom
20116 Ashbrook Place, Suite 250
Ashbrook, VA 20147
(480) 444-0020
mross@ADFlegal.org
tlanghofer@ADFlegal.org

*Counsel for Plaintiffs*

*Admitted pro hac vice.

SO ORDERED:

_____
**BRIAN R. MARTINOTTI, U.S.D.J**
Dated: 10/18/2021

s/ Micael R. Sarno
DEPUTY ATTORNEY GENERAL
OFFICE OF THE NEW JERSEY
  ATTORNEY GENERAL
25 Market Street, P.O. Box 116
Trenton, NJ 08625
(609) 376-2819
Michael.Sarno@law.njoag.gov

*Counsel for MSU Defendants*

s Ronald P. Botelho
RONALD P. BOTELHO
MARIA P. VALLEJO
CHASAN LAMPARELLO
  MALLON & CAPPUZZO, PC
300 Lighting Way, Suite 200
Secaucus, NJ 07094
(201) 348-6000
MVallejo@chasanlaw.com
RBotelho@chasanlaw.com

*Counsel for Defendant The Student Government Association of Montclair State University, Inc.*